IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRA DON PARTHEMORE,

        Plaintiff,               No. CIV S-06-2026 MCE GGH P

    vs.

JAMES TILTON, et al.,

        Defendants.        ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is the amended complaint filed December 5, 2006.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Tilton, Campbell, Calloway, Milliman.

        2. The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed December 5, 2006.

        3. Within thirty days from the date of this order, plaintiff shall complete the

1

attached Notice of Submission of Documents and submit the following documents to the court:

      a.  The completed Notice of Submission of Documents;

      b.  One completed summons;

      c.  One completed USM-285 form for each defendant listed in number 3 above; and

      d.  Five copies of the endorsed amended complaint filed December 5, 2006.

      4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 12/22/06              /s/ Gregory G. Hollows

                                          _____
                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

par2026.1

2

1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IRA DON PARTHEMORE,

11              Plaintiff,                              No. CIV S-06-2026 MCE GGH P

12        vs.

13   JAMES TILTON, et al.,                             NOTICE OF SUBMISSION

14              Defendants.                            OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____          completed summons form

19              _____          completed USM-285 forms

20              _____          copies of the _____
                                      Complaint/Amended Complaint

21   DATED:

22

23                                            _____

24                                            Plaintiff

25

26