1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IRA DON PARTHEMORE,

11              Plaintiff,                    No. CIV S-06-2026 MCE GGH P

12        vs.

13   JAMES TILTON, et al.,

14              Defendant.              ORDER

15   _____/

16              On April 19, 2007, defendants filed a request for an extension of time to file a

17   responsive pleading.  Good cause appearing, this request is granted.

18              Accordingly, IT IS HEREBY ORDERED that defendants' responsive pleading is

19   due on or before June 5, 2007.

20   DATED:  5/2/07

21                                              /s/ Gregory G. Hollows
                                         _____
22                                              UNITED STATES MAGISTRATE JUDGE

23   parth2026.eot

24

25

26

                                              1