IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **IRA DON PARTHEMORE,** | 2:06-CV-2026 MCE GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES TILTON, et al.,** | |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendants are granted an additional fourteen days, to and including June 19, 2007, within which to file an initial responsive pleading.

Dated: 6/11/07

/s/ Gregory G. Hollows
U.S. Magistrate Judge

part2026.eot

1