IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRA DON PARTHEMORE,

    Plaintiff,                             No. CIV S-06-2026 MCE GGH P

    vs.

JAMES TILTON, et al.,

    Defendants.                    <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file his opposition to the defendants' June 18, 2007, motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 3, 2007, motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file the opposition. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 7/12/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:cm/part2026.36