IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **IRA DON PARTHEMORE,** | CASE NO.: 2:06-CV-2026 MCE GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES TILTON, et al.,** | |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendants are granted an additional forty-five days, to and including August 15, 2008, within which to serve responses to Plaintiff's discovery requests. No further extensions.

Dated: 07/16/08

/s/ Gregory G. Hollows
United States Magistrate Judge

parth2026.eot

[

1