IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRA DON PARTHEMORE,

      Plaintiff,                    No. CIV S-06-2026 MCE GGH P

    vs.

JAMES E. TILTON, et al.,

      Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a motion entitled "motion for order for permanent preferred legal use." In his motion, plaintiff alleges that he has not received adequate law library access.

        Plaintiff does not allege that he is under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired. The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 1, 2008 motion for a court-ordered deadline (Docket #40) is denied.

DATED: 07/25/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ja
part2026.80