IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRA DON PARTHEMORE,

    Plaintiff,                 No. CIV S-06-2026 MCE GGH P

    vs.

JAMES TILTON, et al.,

    Defendant.             <u>ORDER</u>

_____/

        On July 10, 2008, plaintiff filed a motion to compel. Plaintiff contends that defendant did not respond to his interrogatories within thirty days.

        On August 1, 2008, defendants filed an opposition to the motion to compel. Defendants state that plaintiff served the interrogatories on May 28, 2008. Pursuant to the July 3, 2007, discovery order, responses to discovery requests are due forty-five days after the request is first served. Therefore, the responses were due on July 11, 2008. On July 17, 2008, the court granted defendants an extension of time to respond to the interrogatories. For these reasons, defendants did not fail to file timely responses to plaintiff's interrogatories.

/////

/////

/////

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 10, 2008, motion to
2 compel is denied.
3 DATED: 08/11/08

                                                    /s/ Gregory G. Hollows

                                       UNITED STATES MAGISTRATE JUDGE

parth.com