IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **IRA DON PARTHEMORE,** | CASE NO.: 2:06-CV-2026 MCE GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES TILTON, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants are granted until January 28, 2009, to file their dispositive motion in this matter.

IT IS SO ORDERED.

Dated: December 23, 2008

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

part2026.eot

[Proposed] Order

1