IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRA DON PARTHEMORE,

       Plaintiff,                    No. CIV S-06-2026 MCE GGH P

   vs.

JAMES TILTON, et al.,

       Defendants.           ORDER

_____/

       Plaintiff has requested an extension of time to file a response to defendants' motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's February 20, 2009, motion for an extension of time (Docket No. 59) is granted; and

       2. Plaintiff is granted until March 24, 2009, in which to file a response to defendants' February 6, 2009, motion for summary judgment (Docket No. 57).  Defendants' reply, if any, shall be filed seven days thereafter.

DATED: February 26, 2009

                                  /s/ Gregory G. Hollows

                            GREGORY G. HOLLOWS
                            UNITED STATES MAGISTRATE JUDGE

GGH:kly
part2026.36