IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRA DON PARTHEMORE,

    Plaintiff,      No. CIV S-06-2026 MCE GGH P

  vs.

JAMES TILTON, et al.,

    Defendants.      <u>ORDER</u>

_____/

    Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On March 9, 2009, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous motions were filed on January 22, 2007 and May 13, 2008. All motions were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's March 9, 2009 motion for appointment of counsel (Docket No. 61) is denied.

DATED: March 18, 2009

    /s/ Gregory G. Hollows

    GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

GGH:mp
part2026.31thr